**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION**

| | |
|---|---|
| **Sharon Martin,**  **Plaintiff,**  vs.  **Standard Insurance Company,**  **Defendant.** | **C.A. No. 8:16-cv-01413-MGL**  **ORDER** |

This matter comes before the Court pursuant to the parties' Joint Motion to Amend Specialized Case Management Order. For good cause shown, the Court hereby grants the parties' Joint Motion to Amend Specialized Case Management Order. Accordingly, the deadline for the parties to conduct mediation shall be February 23, 2017. The deadline for the parties to file the Joint Stipulation and cross-memoranda in support of judgment shall be March 28, 2017.

**IT IS SO ORDERED.**

    s/Mary Geiger Lewis
The Honorable Mary Geiger Lewis
United States District Judge

January 6, 2017
Columbia, South Carolina